**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| NATIVE AMERICAN ARTS, INC., | ) | **FILED: AUG. 07, 2008** |
| | ) | |
| Plaintiff, | ) | **08CV4464** |
| | ) | **JUDGE DOW** |
| v. | ) | **MAGISTRATE JUDGE COLE** |
| | ) | |
| MANGALICK ENTERPRISES, INC., D/B/A | ) | **AEE** |
| IAC INTERNATIONAL | ) | Jury Trial Demanded |
| | ) | |
| Defendant. | ) | |

## COMPLAINT

## COUNT I

### (Indian Arts and Crafts Act)

NOW COMES Plaintiff, Native American Arts, Inc., by its attorneys, Michael Patrick Mullen and Scott M. Kolosso of the law firm of Mullen & Foster, and for its Complaint against Defendant Mangalick Enterprises, Inc. d/b/a IAC International (hereafter "IAC"), states as follows:

1.     This is a suit brought under 25 U.S.C. §305, et seq., and §305e, The Indian Arts and Crafts Act of 1990, and The Indian Arts and Crafts Enforcement Act of 2000 (collectively the "IACA") and jurisdiction is based upon that Federal statute under 28 U.S.C. § 1331 and pendent jurisdiction.

2.     Venue lies in the Northern District of Illinois, where Defendant conducts business and engages in advertising, marketing, promotion, display and sales of the products alleged herein in the Northern District of Illinois, sold goods into and shipped goods into the Northern District of Illinois, and where most of the events alleged occurred, including but not limited to

where the products were purchased from, where marketing and advertising materials were viewed and where the injury occurred.

3.     Native American Arts, Inc. ("Native American Arts") is a wholly Indian owned arts and crafts organization involved in the manufacture, distribution and sale of authentic Indian arts and crafts with its headquarters in the Northern District of Illinois and is composed of members of the Ho-Chunk Nation, an Indian tribe recognized by the U.S. Government.  Native American Arts meets the definition of an Indian arts and crafts organization as defined in Title 25 U.S.C. §305e and §305 et. seq.  Native American Arts has standing to bring this action under the Indian Arts and Crafts Enforcement Act of 2000.

4.     Defendant IAC is a Minnesota corporation principally located in Minneapolis, Minnesota.  IAC is a retailer, wholesaler and/or supplier engaged in offering, displaying for sale and selling arts, crafts, and artworks, including but not limited to products in a traditional Indian style, motif and design, throughout the United States and in the Northern District of Illinois and worldwide.

5.     Title 25 U.S.C. §305 et. seq. prohibits a person from directly or indirectly offering or displaying for sale or selling goods in a manner that falsely suggests it is Indian produced, an Indian product, or the product of a particular Indian or Indian tribe or Indian arts and crafts organization resident within the United States and provides for an action against such a person by an Indian arts and crafts organization.

6.     An Indian product for purposes of 25 U.S.C. §305e, et. seq. is defined in regulations promulgated by the Secretary of the Interior as including artworks that are in a traditional Indian style or medium.

7.    Defendant is not an Indian, member of an Indian tribe, recognized Indian artisan or Indian arts and crafts organizations as those terms are defined in 25 U.S.C. §305e and §305, et. seq.

8.    At all times relevant hereto, including the dates of purchases alleged herein and for a period of time prior thereto, and possibly since August 8, 2004, Defendant has directly or indirectly offered or displayed for sale or sold multiple quantities of various goods in a manner that falsely suggests they are Indian produced, an Indian product, or the product of a particular Indian or particular Indian tribe or Indian arts and crafts organization resident within the United States, including Indian products consisting of artworks, crafts, and dolls in a traditional Indian style or medium, in violation of the IACA, Title 25 U.S.C. §305, et seq., §305e, and the regulations promulgated thereunder.

9.    For substantial periods of time, and possibly since August 8, 2004, and continuously thereafter to the present date, Defendant advertised, marketed, offered and displayed for sale and sold goods on the Internet through its website, www.iacintl.com in a manner which falsely suggested they are Indian-made, an Indian product, a product of an Indian tribe or the product of an Indian arts and crafts organization resident within the United States, including products consisting of art, crafts, dolls and artworks in a traditional Indian style or medium.

10.    On June 3, 2008, and for substantial periods of time, possibly since August 8, 2004 and thereafter to the present date, Defendant offered, advertised, marketed and displayed for sale and sold goods via catalogues, trade shows and its website, www.iacintl.com, in a manner that falsely suggested they are an Indian product, Indian produced, or the product of an

Indian arts and crafts organization resident within the United States, including Indian products consisting of artworks, crafts and dolls in a traditional Indian style, motif or medium, including:

(a)     Artwork, consisting of an Indian Mandela in a traditional Indian style, composed of an Indian style motif and design and which marketing and advertising materials label as "Indian." A picture of said product is attached hereto as Exhibit **A**, which product is now in the possession of Native American Arts and will be produced for display upon request.

(b)     Artwork, consisting of an Indian Mandela in a traditional Indian style, composed of an Indian style motif and design and which advertising and marketing materials label as "Indian." A picture of said product is attached hereto as Exhibit **B**, which product is now in the possession of Native American Arts and will be produced for display upon request.

(c)     Artwork, consisting of an Indian Mandela in a traditional Indian style, composed of an Indian style motif and design and which advertising and marketing materials label as "Indian." A picture of said product is attached hereto as Exhibit **C**, which product is now in the possession of Native American Arts and will be produced for display upon request.

(d)     Artwork, consisting of an Indian Mandela in a traditional Indian style, composed of an Indian style motif and design and which advertising and marketing materials label as "Indian." A picture of said product is attached hereto as Exhibit **D**, which product is now in the possession of Native American Arts and will be produced for display upon request.

(e)     Artwork, consisting of an Indian Mandela in a traditional Indian style, composed of an Indian style motif and design and which advertising and marketing materials label as "Indian." A picture of said product is attached hereto as Exhibit **E**, which product is now in the possession of Native American Arts and will be produced for display upon request.

(f)      Artwork, consisting of an Indian Mandela in a traditional Indian style, composed of an Indian style motif and design and which advertising and marketing materials label as "Indian."  A picture of said product is attached hereto as Exhibit **F**, which product is now in the possession of Native American Arts and will be produced for display upon request.

(g)      Artwork, consisting of an Indian Mandela in a traditional Indian style, composed of an Indian style motif and design and which advertising and marketing materials label as "Indian."  A picture of said product is attached hereto as Exhibit **G**, which product is now in the possession of Native American Arts and will be produced for display upon request.

(h)      Artwork, consisting of an Indian Mandela in a traditional Indian style, composed of an Indian style motif and design and which advertising and marketing materials label as "Indian."  A picture of said product is attached hereto as Exhibit **H**, which product is now in the possession of Native American Arts and will be produced for display upon request.

(i)      Artwork, consisting of an Indian Doll in a traditional Indian style, composed of an Indian style motif and design and which advertising and marketing materials label as "Indian."  A picture of said product is attached hereto as Exhibit **I**, which product is now in the possession of Native American Arts and will be produced for display upon request.

(j)      Artwork, consisting of an Indian Doll in a traditional Indian style, composed of an Indian style motif and design and which advertising and marketing materials label as "Indian."  A picture of said product is attached hereto as Exhibit **J**, which product is now in the possession of Native American Arts and will be produced for display upon request.

(k)      Artwork, consisting of an Indian Doll in a traditional Indian style, composed of an Indian style motif and design and which advertising and marketing materials label as "Indian."

A picture of said product is attached hereto as Exhibit **K**, which product is now in the possession of Native American Arts and will be produced for display upon request.

(l)    Artwork, consisting of an Indian Doll in a traditional Indian style, composed of an Indian style motif and design and which advertising and marketing materials label as "Indian." A picture of said product is attached hereto as Exhibit **L**, which product is now in the possession of Native American Arts and will be produced for display upon request.

(m)    Artwork, consisting of an Indian Doll in a traditional Indian style, composed of an Indian style motif and design and which advertising and marketing materials label as "Indian." A picture of said product is attached hereto as Exhibit **M**, which product is now in the possession of Native American Arts and will be produced for display upon request.

(n)    Artwork, consisting of an Indian Tomahawk in a traditional Indian style, composed of an Indian style motif and design and which advertising and marketing materials label as "Indian" and "Native American."  A picture of said product is attached hereto as Exhibit **N**, which product is now in the possession of Native American Arts and will be produced for display upon request.

(o)    Artwork, consisting of an Indian Tomahawk in a traditional Indian style, composed of an Indian style motif and design and which advertising and marketing materials label as "Indian" and "Native American.."  A picture of said product is attached hereto as Exhibit **O**, which product is now in the possession of Native American Arts and will be produced for display upon request.

(p)    Artwork, consisting of an Indian Doll in a traditional Indian style, composed of an Indian style motif and design and which advertising and marketing materials label as "Indian."

A picture of said product is attached hereto as Exhibit **P** which product is now in the possession of Native American Arts and will be produced for display upon request.

(q)    Other traditional Indian style or design arts, crafts, dolls and artworks in a traditional Indian style or medium.

11.    On June 3, 2008, and for substantial periods of time, possibly since August 8, 2004 and thereafter to the present date, Defendant offered, advertised, marketed and displayed for sale and/or sold goods via catalogues, trade shows and its website, www.iacintl.com, in a manner that falsely suggested they are an Indian product, Indian produced, or the product of an Indian arts and crafts organization resident within the United States, including Indian products consisting of artworks, crafts and dolls in a traditional Indian style, motif or medium, including:

(a)    Artwork, consisting of an Indian Doll in a traditional Indian style, composed of an Indian style motif and design and which advertising and marketing materials label as "Indian." A picture of said product is attached hereto as Exhibit **Q**.

(b)    Artwork, consisting of an Indian Doll in a traditional Indian style, composed of an Indian style motif and design and which advertising and marketing materials label as "Indian." A picture of said product is attached hereto as Exhibit **R**.

(c)    Artwork, consisting of an Indian Doll in a traditional Indian style, composed of an Indian style motif and design and which advertising and marketing materials label as "Indian." A picture of said product is attached hereto as Exhibit **S**.

(d)    Artwork, consisting of an Indian Doll in a traditional Indian style, composed of an Indian style motif and design and which advertising and marketing materials label as "Indian." A picture of said product is attached hereto as Exhibit **T**.

(e)     Artwork, consisting of an Indian Doll in a traditional Indian style, composed of an Indian style motif and design and which advertising and marketing materials label as "Indian." A picture of said product is attached hereto as Exhibit **U**.

(f)     Artwork, consisting of an Indian Doll in a traditional Indian style, composed of an Indian style motif and design and which advertising and marketing materials label as "Indian." A picture of said product is attached hereto as Exhibit **V**.

(g)     Artwork, consisting of an Indian Doll in a traditional Indian style, composed of an Indian style motif and design and which advertising and marketing materials label as "Indian." A picture of said product is attached hereto as Exhibit **W**.

(h)     Artwork, consisting of an Indian Doll in a traditional Indian style, composed of an Indian style motif and design and which advertising and marketing materials label as "Indian." A picture of said product is attached hereto as Exhibit **X**.

(i)     Other traditional Indian style or design arts, crafts, dolls and artworks in a traditional Indian style or medium.

12.     On June 3, 2008, and for substantial periods of time, possibly since August 8, 2004 and thereafter to the present date, Defendant offered, advertised, marketed and displayed for sale and sold goods via its website, www.iacintl.com, catalogues and trade shows in a manner that falsely suggested they are an Indian product, Indian produced, or the product of an Indian arts and crafts organization resident within the United States, including Indian products consisting of artworks, crafts and dolls in a traditional Indian style, motif or medium in response to search terms and customer requests for products including but not limited to "Indian", "Indian Dolls" and "Native American".

13.    The products alleged herein are traditional Indian products embodying traditional Indian styles, motifs and designs, traditionally made by Native Americans, and were falsely suggested to be Indian-made Indian products and these products were advertised, marketed, and sold as such, including advertising and marketing these products with other Indian style products suggested to be Indian products, or Indian, or Native American made.

14.    Any unqualified use of the name Native American or Indian or an Indian tribe suggests that the product is Indian made and an Indian product under the IACA.

15.    A non-Indian maker of products in an Indian style motif and design cannot utilize the terms "Indian," "Native American" or the name of a particular Indian tribe in advertising or marketing said products unless said maker qualifies the usage of such terms so that consumers are not suggested to be purchasing authentic Indian-made products.  Native American Arts, Inc. v. The Waldron Corporation, 399 F.3d 871 (7th Cir. 2005).

16.    A portion of the products advertised, marketed, offered, displayed for sale and sold by Defendant are in a traditional Indian style, composed of Indian motifs and designs.

17.    A portion of the products displayed for sale by Defendant did use the unqualified term "Indian".

18.    The Internet websites display promoting Defendant's products are advertisements and constitute advertising activity.  Such advertising contains the use of unqualified term "Indian".

19.    The catalogues displayed numerous traditional Indian style products composed of Indian motifs and designs.

20.    At various times relevant hereto, Defendant has been advertising, marketing, offering, displaying for sale and selling products with different advertisements and different

products through different advertisements, advertising activities and mediums, in a manner that falsely suggested they are Indian-made, an Indian product, a product of an Indian tribe or the product of an Indian arts and crafts organization resident within the United States.

21.    For substantial periods of time since August 8, 2004 and continuously thereafter to the present date, Defendant advertised, marketed, offered and displayed for sale and sold goods in a manner that falsely suggested they are Indian-made, an Indian product, a product of an Indian tribe or the product of an Indian arts and crafts organization resident within the United States, including Indian products consisting of art, crafts, dolls and artworks in a traditional Indian style or medium.

22.    The Indian-style goods advertised, displayed, offered for sale and sold by Defendant since August 8, 2004, including those advertised, sold, displayed and offered for sale alleged herein, are not and were not Indian produced, an Indian product made by an Indian or the product of an Indian arts and crafts organization resident in the United States or an non-member Indian artisan certified by an Indian tribe, all as defined in 25 U.S.C. §305 et. seq. and the regulations thereunder.

23.    Defendant's advertisement, display, offering for sale and sale of Indian style goods in a manner that falsely suggests they are Indian products, Indian produced or the product of a particular Indian or Indian tribe or Indian arts and crafts organization resident within the United States is illegal and should be enjoined in that no adequate remedy at law exists and Plaintiff will be irrevocably injured and damages will be difficult to measure.

24.    Native American Arts has been injured and damaged as a result of Defendant's actions alleged herein. Native American Arts is a competitor of Defendant and has suffered competitive injuries as a result of Defendant's actions alleged herein, as well as other damages

including (1) Native American Arts lost sales as a direct and indirect result of the Defendant's offer, display and sale of similar Indian-style products to those offered, displayed and sold by Native American Arts through similar mediums and markets, (2) Defendant's imitation products drove down prices of authentic Indian products, forcing Plaintiff to offer its authentic products at lower prices, (3) that Plaintiff has suffered a loss of goodwill and reputation because of Defendant's counterfeit product and (4) that Defendant's had a gross profit on the products alleged herein.  Native American Arts advertises, markets and sells authentic Indian-made products similar to those products advertised, offered, displayed and sold by Defendant falsely suggested to be Indian-made products, including but not limited to, arts, crafts, jewelry and artworks in a traditional Indian style or medium.  Native American Arts advertises, offers, markets and sells authentic Indian-made products through various mediums including, but not limited to, newspaper advertisements, radio, signs, catalogs, brochures, internet, mailed solicitations, miscellaneous and in-store retail displays.

25.    The injuries suffered by Native American Arts, Inc. include, but are not limited to, advertising injury arising out of Defendant's misappropriation of Native American Art, Inc.'s advertising ideas and style of doing business.

26.    The injuries suffered by Native American Arts, Inc. include, but are not limited to, advertising injury arising out of Defendant's infringement of title by falsely suggesting and misrepresenting that its products were Indian made when they were not.

27.    The injuries suffered by Native American Arts, Inc. include but, are not limited to, advertising injury arising out of Defendant's use of another's advertising idea.

28.    The injuries suffered by Native American Arts, Inc. include, but are not limited to, advertising injury arising out of Defendant's infringing upon Native American Arts' slogan.

29.    Liability for compensatory damages under the IACA is strict liability and not dependent upon intentional conduct as ruled in the case of <u>Ho-Chunk et. al., v. Village Originals, Inc.</u> 25 F. Supp.2d 876 (N.D.Il. 1998) and <u>Ho-Chunk v. Natures Gifts, Inc.,</u> 1999 U.S. Dist. Lexis 3687 (N.D. Il. 1999).

30.    Title 25 U.S.C. §305e (a) provides for damages of the greater of treble damages or $1,000 for each day on which the offer or display for sale of a good falsely suggested to be Indian produced, an Indian product, or the product of an Indian, an Indian tribe, or an Indian arts and crafts organization continues.

31.    Native American Arts is an Indian arts and crafts organization entitled to the damages alleged herein.

32.    The exact amount of damages is presently unknown, but is believed to exceed twelve million dollars ($12,000,000.00).

33.    Title 25 U.S.C. §305e (a) also provides for injunctive and other equitable relief.

34.    Substantial amounts for attorney's fees and costs of suit have been or are being incurred for which reimbursement and payment is hereby sought.

WHEREFORE, Plaintiff Native American Arts, Inc. prays for the entry of judgment against Defendant, and:

(a) for an award of compensatory damages in an amount to be determined but believed to exceed twelve million dollars ($12,000,000.00);

(b)  reasonable attorneys fees and costs of suit;

(c) a temporary restraining order, preliminary injunction and permanent injunction; and

(d) such other and further relief as this Court deems just and deserving.

  s/ Michael P. Mullen

One of the attorneys for Plaintiff
Native American Arts, Inc.

Michael P. Mullen
Scott M. Kolosso
MULLEN & FOSTER
203 N. Wabash Avenue, Suite 2300
Chicago, IL  60601
312-750-1600

## <u>JURY DEMAND</u>

Plaintiff Native American Arts, Inc. hereby demands trial by Jury.


s/ Michael P. Mullen_____
One of the attorneys for Plaintiff
Native American Arts, Inc.













EXHIBIT

C





EXHIBIT

**D**





EXHIBIT

E



EXHIBIT

F





EXHIBIT

G



EXHIBIT

H



EXHIBIT
I
Blumberg No. 5208



EXHIBIT

J

Blumberg No. 5299



EXHIBIT

K



EXHIBIT

L



EXHIBIT

M









NATIVE AMERICAN ART
IAC INTERNATIONAL ITEM NO.: 1976



EXHIBIT



EXHIBIT

P

Blumberg No. 5208

**IAC International**
**Direct Importers / Wholesaler**
**Minneapolis Minnesota**

**Catalog    About Us    Contact    Home    Shopping Cart**

Mon to Fri
8:00am to 4:30pm (CST)
★Promotion    Phone: 612-724-7244
★Specials    Fax: 612-724-1238
★Sale    Email: **info@iacintl.com**
Website: www.iacintl.com

**Customer Service    New Customer    Espanol**

**Baby Clothes Items**
**Candle Stands**
**Candles & Candle Stands**
**Cast Iron**
  Antique Reproductions
  Bells
  Houseware
**Ceramic Figurines**
**Ceramics**
**Clocks**
**Closeouts**
**Clothing Items**
**Coming Soon**
**Crystal & Glass**
**Dollar Store Items**
**Dolls & Accessories**
  Afro American Dolls
  Clowns
  Doll Accessories
  Grand Parents Dolls
  Indian Dolls
  Other Dolls
  Umbrella Dolls
  Victorian Dolls
  Vinyl Dolls
**Dream Catchers & Mandalas**
**Fashion & Accessories**
**FLEECE BLANKETS**
**Framed Arts**
**Garden Decorations**
  Outdoor Decorations
  Plant Hangers
  Planters & Plant Holders
  Trellis & Stakes
**Gift Bags & Wraps**
  Tissue Paper & Wraps
**HARDWARE**
**HATS**
**Household Items**
**Kitchen Items**
**LED LIGHTS**
**Linen**
**Martial Arts**
**Mirrors**
**Miscellaneous**
**Moving Pictures**
**Novelties**
**Paintings**
**Party Items**
**Pet Items**
**Picture Frames**
**Plate & Plate Holders**
**Plate Stands**
**Polyresin Giftware**
  Angels
  Animals
  Antiques

**Product Search:** Enter keyword or item #    Search

**Show Schedule**

**Home >> Dolls**



**Item # D31 - INDIAN GRAND
PARENTS DOLL 2 UNIFORMS
FEATHERS (22" TALL 2 ASST)**

Item can be found on catalog page: **140**

Case pack price $51.00

Sold in casepack of 6 PCS per piece price
$8.50

**Click to enlarge image**

**INSTOCK**
Show barcode

Quantity: 1    **BUY IT NOW**

EXHIBIT
**Q**
Blumberg No. 5208

**IAC International**
Direct Importers / Wholesaler
Minneapolis Minnesota

**Catalog    About Us    Contact    Home    Shopping Cart**

Mon to Fri
8:00am to 4:30pm (CST)
Phone: 612-724-7244
Fax: 612-724-1238
Email: info@iacintl.com
Website: www.iacintl.com

*Promotion
*Specials
*Sale

**Customer Service   New Customer   Espanol**

Baby Clothes Items
Candle Stands
Candles & Candle Stands
Cast Iron
  Antique Reproductions
  Bells
  Houseware
Ceramic Figurines
Ceramics
Clocks
Closeouts
Clothing Items
Coming Soon
Crystal & Glass
Dollar Store Items
Dolls & Accessories
  Afro American Dolls
  Clowns
  Doll Accessories
  Grand Parents Dolls
  Indian Dolls
  Other Dolls
  Umbrella Dolls
  Victorian Dolls
  Vinyl Dolls
Dream Catchers & Mandalas
Fashion & Accessories
FLEECE BLANKETS
Framed Arts
Garden Decorations
  Outdoor Decorations
  Plant Hangers
  Planters & Plant Holders
  Trellis & Stakes
Gift Bags & Wraps
  Tissue Paper & Wraps
HARDWARE
HATS
Household Items
Kitchen Items
LED LIGHTS
Linen
Martial Arts
Mirrors
Miscellaneous
Moving Pictures
Novelties
Paintings
Party Items
Pet Items
Picture Frames
Plate & Plate Holders
Plate Stands
Polyresin Giftware
  Angels
  Animals
  Antiques

**Product Search:** Enter keyword or item #   Search

**Show Schedule**

**Home >> Dolls**



**Item # D334 - INDIAN DOLL (22"
TALL, BLUE,BROWN,TAN 3 ASST)**

Item can be found on catalog page: 140

Case pack price $114.00

Sold in casepack of 12 PCS per piece price
$9.50

Click to enlarge image

**INSTOCK**
Show barcode

Quantity: 1    **BUY IT NOW**

EXHIBIT
R

**IAC International**
Direct Importers / Wholesaler
Minneapolis Minnesota

**Catalog    About Us    Contact    Home    Shopping Cart**

Mon to Fri
8:00am to 4:30pm (CST)
Phone: 612-724-7244
Fax: 612-724-1238
Email: info@iacintl.com
Website: www.iacintl.com

*Promotion
*Specials
*Sale

**Customer Service   New Customer   Espanol**

**Product Search:** Enter keyword or item #   Search

**Show Schedule**

**Home >> Dolls**

Baby Clothes Items
Candle Stands
Candles & Candle Stands
Cast Iron
  Antique Reproductions
  Bells
  Houseware
Ceramic Figurines
Ceramics
Clocks
Closeouts
Clothing Items
Coming Soon
Crystal & Glass
Dollar Store Items
Dolls & Accessories
  Afro American Dolls
  Clowns
  Doll Accessories
  Grand Parents Dolls
  Indian Dolls
  Other Dolls
  Umbrella Dolls
  Victorian Dolls
  Vinyl Dolls
Dream Catchers & Mandalas
Fashion & Accessories
FLEECE BLANKETS
Framed Arts
Garden Decorations
  Outdoor Decorations
  Plant Hangers
  Planters & Plant Holders
  Trellis & Stakes
Gift Bags & Wraps
  Tissue Paper & Wraps
HARDWARE
HATS
Household Items
Kitchen Items
LED LIGHTS
Linen
Martial Arts
Mirrors
Miscellaneous
Moving Pictures
Novelties
Paintings
Party Items
Pet Items
Picture Frames
Plate & Plate Holders
Plate Stands
Polyresin Giftware
  Angels
  Animals
  Antiques



**Item # D336 - PORCELAIN INDIAN
DOLLS 2 ASST COLORFUL FEATHERS
(22" TALL 3 ASST)**

Item can be found on catalog page: **140**

Case pack price $114.00

Sold in casepack of 12 PCS per piece price
$9.50

Click to enlarge image

**INSTOCK**
Show barcode

Quantity:  1      **BUY IT NOW**

EXHIBIT

S

Blumberg No. 5208

**IAC International**
Direct Importers / Wholesaler
Minneapolis Minnesota

**Catalog**    **About Us**    **Contact**    **Home**    **Shopping Cart**

*Promotion
*Specials
*Sale

Mon to Fri
8:00am to 4:30pm (CST)
Phone: 612-724-7244
Fax: 612-724-1238
Email: info@iacintl.com
Website: www.iacintl.com

**Customer Service**   **New Customer**   **Espanol**

| Baby Clothes Items | **Product Search:** Enter keyword or item #   Search | **Show Schedule** |

Candle Stands
Candles & Candle Stands
Cast Iron
  Antique Reproductions
  Bells
  Houseware
Ceramic Figurines
Ceramics
Clocks
Closeouts
Clothing Items
Coming Soon
Crystal & Glass
Dollar Store Items
Dolls & Accessories
  Afro American Dolls
  Clowns
  Doll Accessories
  Grand Parents Dolls
  Indian Dolls
  Other Dolls
  Umbrella Dolls
  Victorian Dolls
  Vinyl Dolls
Dream Catchers & Mandalas
Fashion & Accessories
FLEECE BLANKETS
Framed Arts
Garden Decorations
  Outdoor Decorations
  Plant Hangers
  Planters & Plant Holders
  Trellis & Stakes
Gift Bags & Wraps
  Tissue Paper & Wraps
HARDWARE
HATS
Household Items
Kitchen Items
LED LIGHTS
Linen
Martial Arts
Mirrors
Miscellaneous
Moving Pictures
Novelties
Paintings
Party Items
Pet Items
Picture Frames
Plate & Plate Holders
Plate Stands
Polyresin Giftware
  Angels
  Animals
  Antiques

**Home >> Dolls**



**Item # D337 - PORCELAIN INDIAN DOLLS (22" TALL 3 ASST)**

Item can be found on catalog page: 146

Case pack price $114.00

Sold in casepack of 12 PCS per piece price $9.50

Click to enlarge image

**INSTOCK**
Show barcode

Quantity: 1    **BUY IT NOW**



EXHIBIT
T

**IAC International**
Direct Importers / Wholesaler
Minneapolis Minnesota

**Catalog**   **About Us**   **Contact**   **Home**   **Shopping Cart**

*Promotion
*Specials
*Sale

Mon to Fri
8:00am to 4:30pm (CST)
Phone: 612-724-7244
Fax: 612-724-1238
Email: info@iacintl.com
Website: www.iacintl.com

**Customer Service   New Customer   Espanol**

**Product Search:** Enter keyword or item #   Search

**Show Schedule**

Baby Clothes Items
Candle Stands
Candles & Candle Stands
Cast Iron
   Antique Reproductions
   Bells
   Houseware
Ceramic Figurines
Ceramics
Clocks
Closeouts
Clothing Items
Coming Soon
Crystal & Glass
Dollar Store Items
Dolls & Accessories
   Afro American Dolls
   Clowns
   Doll Accessories
   Grand Parents Dolls
   Indian Dolls
   Other Dolls
   Umbrella Dolls
   Victorian Dolls
   Vinyl Dolls
Dream Catchers & Mandalas
Fashion & Accessories
FLEECE BLANKETS
Framed Arts
Garden Decorations
   Outdoor Decorations
   Plant Hangers
   Planters & Plant Holders
   Trellis & Stakes
Gift Bags & Wraps
   Tissue Paper & Wraps
HARDWARE
HATS
Household Items
Kitchen Items
LED LIGHTS
Linen
Martial Arts
Mirrors
Miscellaneous
Moving Pictures
Novelties
Paintings
Party Items
Pet Items
Picture Frames
Plate & Plate Holders
Plate Stands
Polyresin Giftware
   Angels
   Animals
   Antiques

**Home >> Dolls**



**Item # D56 - 3 INDIAN DOLLS
ASSORTED COLORS UNIFORMS
FEATHERS (16" TALL, BLUE, BROWN,
AR 3 ASST)**

Item can be found on catalog page: **140**

Case pack price $129.60

Sold in casepack of 24 PCS per piece price
$5.40

**Click to enlarge image**

**INSTOCK**
Show barcode

Quantity: 1   **BUY IT NOW**



EXHIBIT

U

Bluebook No. 5268

**IAC International**
Direct Importers / Wholesaler
Minneapolis Minnesota

**Catalog**    **About Us**    **Contact**    **Home**    **Shopping Cart**

Mon to Fri
8:00am to 4:30pm (CST)
*Promotion
*Specials
*Sale
Phone: 612-724-7244
Fax: 612-724-1238
Email: info@iacintl.com
Website: www.iacintl.com

**Customer Service**   **New Customer**   **Espanol**

| Baby Clothes Items | **Product Search:** Enter keyword or item #   Search | **Show Schedule** |

Baby Clothes Items
Candle Stands
Candles & Candle Stands
Cast Iron
   Antique Reproductions
   Bells
   Houseware
Ceramic Figurines
Ceramics
Clocks
Closeouts
Clothing Items
Coming Soon
Crystal & Glass
Dollar Store Items
Dolls & Accessories
   Afro American Dolls
   Clowns
   Doll Accessories
   Grand Parents Dolls
   Indian Dolls
   Other Dolls
   Umbrella Dolls
   Victorian Dolls
   Vinyl Dolls
Dream Catchers & Mandalas
Fashion & Accessories
FLEECE BLANKETS
Framed Arts
Garden Decorations
   Outdoor Decorations
   Plant Hangers
   Planters & Plant Holders
   Trellis & Stakes
Gift Bags & Wraps
   Tissue Paper & Wraps
HARDWARE
HATS
Household Items
Kitchen Items
LED LIGHTS
Linen
Martial Arts
Mirrors
Miscellaneous
Moving Pictures
Novelties
Paintings
Party Items
Pet Items
Picture Frames
Plate & Plate Holders
Plate Stands
Polyresin Giftware
   Angels
   Animals
   Antiques

**Home >> Dolls**



**Item # D57 - INDIAN DOLL 3 ASST UNIFORMS DRESSES FEATHERS (16" TALL 3 ASST)**

Item can be found on catalog page: **140**

**Case pack price $129.60**

**Sold in casepack of 24 PCS per piece price $5.40**

**Click to enlarge image**

**INSTOCK**
Show barcode

Quantity: 1    **BUY IT NOW**



EXHIBIT
V

**IAC International**
**Direct Importers / Wholesaler**
**Minneapolis Minnesota**

**Catalog    About Us    Contact    Home    Shopping Cart**

**Mon to Fri**
**8:00am to 4:30pm (CST)**
*Promotion
*Specials
*Sale
**Phone: 612-724-7244**
**Fax: 612-724-1238**
**Email: info@iacintl.com**
**Website: www.iacintl.com**

**Customer Service   New Customer   Espanol**

**Baby Clothes Items**
**Candle Stands**
**Candles & Candle Stands**
**Cast Iron**
  Antique Reproductions
  Bells
  Houseware
**Ceramic Figurines**
**Ceramics**
**Clocks**
**Closeouts**
**Clothing Items**
**Coming Soon**
**Crystal & Glass**
**Dollar Store Items**
**Dolls & Accessories**
  Afro American Dolls
  Clowns
  Doll Accessories
  Grand Parents Dolls
  Indian Dolls
  Other Dolls
  Umbrella Dolls
  Victorian Dolls
  Vinyl Dolls
**Dream Catchers & Mandalas**
**Fashion & Accessories**
**FLEECE BLANKETS**
**Framed Arts**
**Garden Decorations**
  Outdoor Decorations
  Plant Hangers
  Planters & Plant Holders
  Trellis & Stakes
**Gift Bags & Wraps**
  Tissue Paper & Wraps
**HARDWARE**
**HATS**
**Household Items**
**Kitchen Items**
**LED LIGHTS**
**Linen**
**Martial Arts**
**Mirrors**
**Miscellaneous**
**Moving Pictures**
**Novelties**
**Paintings**
**Party Items**
**Pet Items**
**Picture Frames**
**Plate & Plate Holders**
**Plate Stands**
**Polyresin Giftware**
  Angels
  Animals
  Antiques

**Product Search:** Enter keyword or item #   Search

**Show Schedule**

**Home >> Dolls**



**Item # D58 - INDIAN DOLL 16" 3 ASSORTED UNIFORMS FEATHERS (16" TALL 3 ASST)**

Item can be found on catalog page: **140**

Case pack price **$129.60**

Sold in casepack of 24 PCS per piece price **$5.40**

**Click to enlarge image**

**INSTOCK**
Show barcode

Quantity: 1      **BUY IT NOW**

EXHIBIT
W
Blumberg No. 5208

**IAC International**
Direct Importers / Wholesaler
Minneapolis Minnesota

**Catalog**   **About Us**   **Contact**   **Home**   **Shopping Cart**

**Mon to Fri**
**8:00am to 4:30pm (CST)**
★Promotion   **Phone: 612-724-7244**
★Specials   **Fax: 612-724-1238**
★Sale   **Email: info@iacintl.com**
**Website: www.iacintl.com**

**Customer Service**   **New Customer**   **Espanol**

**Product Search:** Enter keyword or item #   Search   **Show Schedule**

### Home >> Dolls



**Item # D59 - PORCELAIN INDIAN DOLL 16 INCHES 3 ASST (16" 3 ASST)**

Item can be found on catalog page: 146

Case pack price $129.60

Sold in casepack of 24 PCS per piece price $5.40

Click to enlarge image

**INSTOCK**
Show barcode

Quantity: 1   **BUY IT NOW**

**Baby Clothes Items**
**Candle Stands**
**Candles & Candle Stands**
**Cast Iron**
  Antique Reproductions
  Bells
  Housewear
**Ceramic Figurines**
**Ceramics**
**Clocks**
**Closeouts**
**Clothing Items**
**Coming Soon**
**Crystal & Glass**
**Dollar Store Items**
**Dolls & Accessories**
  Afro American Dolls
  Clowns
  Doll Accessories
  Grand Parents Dolls
  Indian Dolls
  Other Dolls
  Umbrella Dolls
  Victorian Dolls
  Vinyl Dolls
**Dream Catchers & Mandalas**
**Fashion & Accessories**
**FLEECE BLANKETS**
**Framed Arts**
**Garden Decorations**
  Outdoor Decorations
  Plant Hangers
  Planters & Plant Holders
  Trellis & Stakes
**Gift Bags & Wraps**
  Tissue Paper & Wraps
**HARDWARE**
**HATS**
**Household Items**
**Kitchen Items**
**LED LIGHTS**
**Linen**
**Martial Arts**
**Mirrors**
**Miscellaneous**
**Moving Pictures**
**Novelties**
**Paintings**
**Party Items**
**Pet Items**
**Picture Frames**
**Plate & Plate Holders**
**Plate Stands**
**Polyresin Giftware**
  Angels
  Animals
  Antiques



EXHIBIT

X