# United States District Court for the Northern District of Illinois

Case Number: 08CV4464         Assigned/Issued By: DAJ

Judge Name: DOW         Designated Magistrate Judge: COLE

## FEE INFORMATION

*Amount Due:*  [✓] $350.00   [ ] $39.00   [ ] $5.00
              [ ] IFP       [ ] No Fee   [ ] Other _____
              [ ] $455.00

Number of Service Copies _____         Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350.00         Receipt #: 3003136

Date Payment Rec'd: 08/07/08         Fiscal Clerk: DAJ

## ISSUANCES

[✓] Summons                              [ ] Alias Summons

[ ] Third Party Summons                  [ ] Lis Pendens

[ ] Non Wage Garnishment Summons         [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons   _____
                                         _____
[ ] Citation to Discover Assets          (Victim, Against and $ Amount)

[ ] Writ _____
         (Type of Writ)

_1_ Original and _0_ copies on _08/07/08_ as to _DEF._ _____
                                   (Date)